# United States District Court
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| CHERYL COLEMAN § <br> § Civil Action No. 4:19-CV-231 <br> v. § (Judge Mazzant/Judge Nowak) <br> § <br> CARRINGTON MORTGAGE SERVICES § <br> LLC, ET AL. § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On December 3, 2019, the report of the Magistrate Judge (Dkt. #38) was entered containing proposed findings of fact and recommendations that Defendant Carrington Mortgage Services, LLC's Motion to Dismiss (Dkt. #32) be denied and Plaintiff Cheryl Coleman be ordered to file an Amended Complaint. Plaintiff filed no objections to the Magistrate Judge's report, electing instead to proceed with filing an Amended Complaint (Dkt. #39).

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is therefore **ORDERED** that Defendant Carrington Mortgage Services, LLC's Motion to Dismiss (Dkt. #32) is **DENIED** and Plaintiff Cheryl Coleman's Amended Complaint (Dkt. #39) is deemed properly filed before the Court.

**IT IS SO ORDERED**.
**SIGNED this 26th day of December, 2019.**

AMOS L. MAZZANT