# United States District Court
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| CHERYL COLEMAN § | |
| § | |
| v. § | Civil Action No. 4:19-CV-231 |
| § | (Judge Mazzant/Judge Nowak) |
| CARRINGTON MORTGAGE § | |
| SERVICES, LLC, ET AL. § | |

**MEMORANDUM ADOPTING REPORT AND**
**RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On April 12, 2021, the report of the Magistrate Judge (Dkt. #61) was entered containing proposed findings of fact and recommendations that Defendant Carrington Mortgage Services, LLC's Third Motion to Dismiss (Dkt. #55) be granted and Plaintiff Cheryl Coleman's claims be dismissed without prejudice. Plaintiff received electronic service of the report (Dkt. #31). Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is therefore **ORDERED** that Defendant Carrington Mortgage Services, LLC's Third Motion to Dismiss (Dkt. #55) is **GRANTED**. Plaintiff Cheryl Coleman's claims are **DISMISSED WITHOUT PREJUDICE**.

All relief not previously granted is **DENIED**.

The Clerk is directed to **CLOSE** this civil action.

**IT IS SO ORDERED**.
**SIGNED** this 30th day of April, 2021.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE